240 So.2d 234

**STATE of Louisiana ex rel. Alton STOKES**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50916.

Oct. 23, 1970.

Writ denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.